**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jesus Ramon Castro Quinonez**<br>DOB: 1993; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-09072MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 17, 2020, in the District of Arizona, Jesus Ramon Castro Quinonez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 100 .223 caliber magazines, 50 AK-47 rifle magazines, three .50 caliber gun magazines, two 9mm caliber pistol magazines, two 5.7x8mm pistol magazines, one M1919 machinegun grip assembly, and one M1919 rifle kit with barrel; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Between December 15 and 17, 2020, Homeland Security Investigations agents received information that six boxes of firearm magazines and firearm structural components and pieces were maintained in a public storage locker in Nogales, Arizona. Agents located the storage locker facility, took possession of the boxes and confirmed they contained 100 .223 caliber magazines, 50 AK-47 rifle magazines, three .50 caliber gun magazines, two 9mm caliber pistol magazines, two 5.7x8mm pistol magazines, one M1919 machinegun grip assembly, and one M1919 rifle kit with barrel. Agents removed the magazines and weapons components, replaced the items with those of similar weight in the original boxes, and continuously monitored the subject boxes.

On December 17, 2020, Jesus Ramon CASTRO Quinonez, came into possession of the boxes in Nogales, Arizona. Agents interviewed CASTRO, who said he had received instructions from his cousin in Mexico to locate the boxes and verify their contents. CASTRO said he knew the boxes contained items such as firearms magazines, that the true owner of the boxes lived in Culiacan, Mexico, and that the boxes would at some point be transported into Mexico. CASTRO also said he knew his cousin was involved in other efforts to export weapons and weapons-related materials from the United States into Mexico.

The magazines and firearms components seized by agents, the export of which CASTRO intended to assist in and facilitate, qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither CASTRO nor any other individual involved in the attempted export of these items had a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent Peter Brand |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 18, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4, 4.1 and 54